Order issued October 31, 2012



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01177-CV

**TPC CONTROLS, INC. AND TERRY P. CLEMENTS, Appellants**

**V.**

**TPC ELECTRIC COMPANY, INC. AND GEAR BRANDS, LLC, Appellees**

## ORDER

The Court has been notified that a petition for bankruptcy has been filed in United States Bankruptcy Court concerning Terry P. Clements and TPC Controls, Inc.. Pursuant to 11 U.S.C. § 362, further action in this cause is automatically stayed. *See* TEX. R. APP. P. 8.2.

Accordingly, for administrative purposes, this cause is **ABATED** and will be treated as a closed case. It may be reinstated on prompt motion by any party showing that the stay has been lifted and specifying what further action, if any, is required from this Court. See TEX. R. APP. P. 8.3.

MOLLY FRANCIS
JUSTICE